UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QIANA MARTIN, *on behalf of herself and all others similarly situated*,

                                          Plaintiff,

-v-

BOTTOM LINE CONCEPTS, LLC,

                                          Defendant.

---

23 Civ. 8510 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has received plaintiff's motion, filed today, for leave to file a second amended complaint. Dkt. 30. Defendant's response, if any, is due **February 9, 2024**. The Court does not invite a reply. The Court will resolve plaintiff's recent motion concurrently with defendant's fully briefed motion to dismiss.

SO ORDERED.

                                                                   *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: January 26, 2024
         New York, New York